**In the Matter of Valerie J. GLOVER a/k/a Valerie J. Tonwe.**

**Petition for reinstatement.**

**Nos. 845 Disciplinary Docket No. 2, 141 DB 1991.**

Supreme Court of Pennsylvania.

Feb. 20, 2002.

***ORDER***

PER CURIAM.

AND NOW, this **20th** day of **February, 2002,** upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated December 19, 2001, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

Justice NIGRO and SAYLOR dissent.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Clark W. PEASE, Respondent.**

**Nos. 695 Disciplinary Docket No. 3, 143 DB 2001.**

Supreme Court of Pennsylvania.

Feb. 27, 2002.

***ORDER***

PER CURIAM.

AND NOW, this **27th** day of **February,** 2002, on certification by the Disciplinary Board that the respondent, CLARK W. PEASE, who was suspended by Order of this Court dated October 11, 2001, for a period of three months, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa.R.D.E., and there being no other outstanding order of suspension or disbarment, CLARK W. PEASE, is hereby reinstated to active status, effective immediately.